1  Joel E. Tasca
   Nevada Bar No. 14124
2  Stacy H. Rubin
   Nevada Bar No. 9298
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   tasca@ballardspahr.com
6  rubins@ballardspahr.com

7  *Attorneys for Defendant*
   *First Premier Bank*

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 DIANNA L. WATT,                    CASE NO.: 2:19-cv-02229-APG-NJK

11        Plaintiff,                  **STIPULATION AND ORDER TO**
12                                    **EXTEND TIME FOR DEFENDANT FIRST**
                                      **PREMIER BANK TO RESPOND TO**
   v.                                 **PLAINTIFF'S COMPLAINT**
13
   EQUIFAX INFORMATION SERVICES,
14 LLC; FIRST PREMIER BANK; FACTOR    **(Second Request)**
   TRUST, INC.,
15
          Defendants.
16

17        Plaintiff Dianna L. Watt ("Plaintiff") and Defendant First Premier Bank

18 ("First Premier")1 stipulate and agree that First Premier has up to and including

19 March 27, 2020, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional

20 time to investigate Plaintiff's allegations and for First Premier to prepare a response.

21

22                         *[Continued on the following page.]*

23

24

25

26

27 ──────────────────────
   1 By filing this Stipulation, First Premier is not waiving any defense, affirmative or
28 otherwise, it may have in this matter.

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 24th day of February, 2020.

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger
    David H. Krieger, Esq.
    Nevada Bar No. 9086
    8985 S. Eastern Avenue, Suite 350
    Henderson, Nevada 89123

*Attorneys for Plaintiff Dianna L. Watt*

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Stacy H. Rubin, Esq.
    Nevada Bar No. 9298
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Defendant First Premier Bank*

**ORDER**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2020

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070