Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant
First Premier Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANNA L. WATT,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; FIRST PREMIER BANK; FACTOR TRUST, INC.,<br><br>  Defendants. | CASE NO.: 2:19-cv-02229-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

Plaintiff Dianna L. Watt ("Plaintiff") and Defendant First Premier Bank ("First Premier")[1] stipulate and agree that First Premier has up to and including April 27, 2020, to respond to Plaintiff's Complaint (ECF No. 1), given the circumstances surrounding COVID-19 to provide additional time to investigate Plaintiff's allegations and for First Premier to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, First Premier is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the third request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 20th day of March, 2020.

| KRIEGER LAW GROUP, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David H. Krieger <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> 2850 W. Horizon Ridge Parkway <br> Suite 200 <br> Henderson, Nevada 89052 | By: /s/ Stacy H. Rubin <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Stacy H. Rubin, Esq. <br> Nevada Bar No. 9298 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff Dianna L. Watt* | *Attorneys for Defendant First Premier Bank* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 23, 2020