UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANNA L. WATT,<br><br>      Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>      Defendant(s). | Case No.: 2:19-cv-02229-APG-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Pending before the Court is a fourth stipulation to extend by a month the deadline for First Premier Bank to respond to the complaint. Docket No. 22. By operation of the governing rules, defendants generally have 21 days to respond to the complaint. Fed. R. Civ. P. 12(a)(1). In this case, the Court has previously allowed three month-long extensions for First Premier to respond to the complaint. Docket Nos. 7, 13, 18. Those previous requests were premised on conclusory assertions that more time was needed to investigate and prepare a response, with the third request adding unelaborated language regarding the COVID-19 epidemic. *See id.*

This fourth stipulation appears to be nearly identical to the third stipulation. *See* Docket No. 22. Especially given the months of extensions already provided, the bald assertions in the fourth stipulation will not suffice. Accordingly, the stipulation is **DENIED** without prejudice. Any renewed stipulation must provide <u>specific detail</u> as to why a further extension is necessary.

IT IS SO ORDERED.

Dated: April 24, 2020

                                                      _____<br>
                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge