UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANNA L. WATT, | Case No.: 2:19-cv-02229-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

Under the scheduling order, the proposed joint pretrial order is now overdue. ECF No. 29.

I THEREFORE ORDER the parties to file the proposed joint pretrial order by December 22, 2020. Failure to comply may result in dismissal of all claims with prejudice.

DATED this 1st day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE