UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANNA L. WATT, | Case No.: 2:19-cv-02229-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

I previously ordered the parties to file the proposed joint pretrial order by December 22, 2020. ECF No. 32. I advised the parties that failure to comply may result in dismissal of all claims with prejudice. *Id.* No proposed pretrial order or stipulation of dismissal regarding defendant Factor Trust, Inc. has been filed. I therefore dismiss the plaintiff's claims against Factor Trust, Inc. with prejudice.

I THEREFORE ORDER that plaintiff Dianna L. Watt's claims against defendant Factor Trust, Inc. are DISMISSED with prejudice. The clerk of court shall enter judgment accordingly and close this case.

DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE